## 31680. ANDERS v. ANDERS.

UNDERCOFLER, Presiding Justice.

The trial court in this divorce action granted a judgment on the pleadings on the ground that the marriage was irretrievably broken. Code Ann. § 30-102 (13). The court also granted the wife's prayer that her husband, because of his adulterous conduct, be placed under a disability to remarry and he appeals. We reverse.

A disability to remarry may be imposed only on a party who is not granted a divorce. Code Ann. § 30-122; *Dillard v. Dillard,* 197 Ga. 726 (30 SE2d 621) (1944). Since the judgment of divorce was granted on the "no fault" ground, the divorce was awarded to *both* parties. *Herring v. Herring,* 237 Ga. 771 (1976). Therefore, the placing of any disability to remarry on the husband was erroneous.

*Judgment reversed. All the Justices concur.*

SUBMITTED NOVEMBER 5, 1976 — DECIDED DECEMBER 1, 1976.

*Christopher & Mullins, Richard L. Mullins,* for appellant.

*Carlisle & Newton, John T. Newton, Jr., John R. Carlisle,* for appellee.